

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| PROVIDENT LEASE CORP., INC. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No: WMN-01-3742 |
| PEOPLE'S CAPITAL AND LEASING CORP., | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff, Provident Lease Corp., Inc.'s Motion for Leave to File Amended Complaint and any opposition thereto, it is this 15th day of January, 2002, hereby

ORDERED, that Plaintiff's Motion for Leave to File Amended Complaint is granted.

William M. Nickerson
U.S. District Judge

