FILED
U.S. DISTRICT COURT
MARYLAND

2002 MAY -  9: 56

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND - BALTIMORE DIVISION

| | |
|---|---|
| PROVIDENT LEASE CORP., INC., | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 01-CV-3742-WMN |
| PEOPLE'S CAPITAL AND LEASING CORP., | * |
| DEFENDANT. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND CONSENT ORDER MODIFYING SCHEDULING ORDER

Provident Lease Corp., Inc. ("Provident"), and People's Capital and Leasing Corp. ("PCLC"), by their respective attorneys, stipulate and consent as follows:

1. On or about January 15, 2002, Provident filed an *Amended Complaint* in this case.

2. On January 31, 2002, this Court entered a *Scheduling Order* (the "Scheduling Order"). Pursuant to the Scheduling Order, all discovery is to be completed, and a status report is to be submitted by June 17, 2002. Dispositive pretrial motions are to be submitted on or before July 15, 2002.

3. The parties anticipate that the depositions of the Defendant's witnesses will be concluded on June 18, 2002. However, the parties need additional time for the deposition of the Plaintiff's witnesses, thus, discovery will not be complete within the discovery deadline set forth in the Scheduling Order.

4. The parties respectfully request that the discovery deadlines be extended approximately 30 days for good cause shown.

5. Provident and PCLC have agreed to jointly request this Court to extend the discovery deadline in this case up to and including July 17, 2002. In accordance with this extension, the

deadline for filing requests for admission will be July 24, 2002, and the deadline for filing dispositive pre-trial motions will be August 14, 2002.

AGREED AND CONSENTED TO THIS 7 DAY OF MAY, 2002:

PROVIDENT LEASE CORP., INC.

By: _Tessa Laspia Frederick_
      _(By ALC w/ permission)_
Jefferson Wright, Esq. Fed. Bar No. 00990
Tessa Laspia Frederick, Esq. Fed. Bar No. 25374
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

*Attorneys for Provident Lease Corp., Inc.*

PEOPLE'S CAPITAL AND LEASING

By: _____
Steven N. Leitess, Fed. Bar No. 05856
Andrew L. Cole, Fed. Bar No.: 14865
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208-1302

*Attorneys for People's Capital and Leasing Corp.*

The foregoing stipulation and consent order hereby is APPROVED and ENTERED as an Order of this Court.

Dated: 5/8/02

_____
WILLIAM M. NICKERSON, JUDGE

*Copies to :*

Steven N. Leitess, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208-1302

Jefferson V. Wright, Esq.
Thomas D. Renda, Esq.
Tessa L. Frederick, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202