IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND - BALTIMORE DIVISION

| | |
|---|---|
| PROVIDENT LEASE CORP., INC., | |
| PLAINTIFF, | |
| v. | CASE NO. 01-CV-3742-WMN |
| PEOPLE'S CAPITAL AND LEASING CORP., | * |
| DEFENDANT. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND CONFIDENTIALITY AGREEMENT

Provident Lease Corp., Inc. ("Provident") and People's Capital and Leasing Corp. ("PCLC"), by their respective attorneys, hereby file this Stipulation and Confidentiality Agreement ("Agreement").

### PRELIMINARY STATEMENT

Plaintiff Provident has served Defendant PCLC with interrogatories and requests for production of documents. All parties to this Agreement acknowledge that certain documents produced by PCLC pursuant to the Plaintiff's First Request for Production of Documents, specifically excerpts from PCLC's Loan Policy Manual (the "Manual Excerpts") may contain information with respect to PCLC's confidential internal business practices, which should be maintained confidential in nature, and disclosure of the information subject to this Agreement is not a waiver by PCLC of the confidential nature of the information.

### CONFIDENTIALITY PROVISIONS

It is hereby agreed that Manual Excerpts produced pursuant to Provident's First Request for Production of Documents or other discovery requests shall be kept confidential, except that the Manual Excerpts may be provided to Provident's attorneys as needed for purposes of this



lawsuit under the following condition. The Manual Excerpts shall be labeled "Confidential." Prior to disclosure of the Manual Excerpts to any person, each such person shall be furnished with a copy of this Agreement and shall agree to comply with the provisions of it. No person shall make further copies of the Manual Excerpts except under the direction of Provident's attorneys, when in the judgment of Provident's attorneys, such copies are necessary for purposes of this lawsuit.

Should it become necessary to file the Manual Excerpts with the Court, such filing shall be made under seal and shall not be made available for inspection to anyone except the parties to this case and the Court.

Within thirty days following the conclusion of this lawsuit, or any appeal therefrom, the Manual Excerpts produced by PCLC and any copies thereof shall be returned to PCLC's attorneys together with a certification from Provident's attorneys that the Manual Excerpts produced by PCLC and all copies thereof have been returned, and that no other copies of the Manual Excerpts exist.

All materials subject to this Agreement shall be maintained in strict confidence by the receiving person and used solely in the preparation, trial, and appeal of this lawsuit and shall not be used for any business or other purposes whatsoever.

If it becomes necessary to use any materials subject to this Agreement in any depositions in this case or court proceedings in this case, the parties agree that appropriate measures will be taken to protect the confidentiality of those materials, including the submission of a motion and accompanying order pursuant to L.R. 105.11.

Upon the conclusion of this case, the Clerk may destroy or return any materials subject to this Agreement to PCLC's attorneys.

### CHALLENGES TO DESIGNATION OF CONFIDENTIALITY

Provident may challenge PCLC's particular designations of confidentiality by filing a motion with this Court. PCLC shall have the burden of justifying the designation of confidentiality under FED. R. CIV. P. 26(c).

### ENTRY OF COURT ORDER

Counsel for Defendant People's Capital and Leasing Company may present this Agreement to the Court and request the Court to enter an order in accordance with the terms of this Agreement and the parties hereto hereby agree to entry of such an order by the Court.

**AGREED AND CONSENTED TO THIS 11th DAY OF June, 2002:**

PROVIDENT LEASE CORP., INC.                    PEOPLE'S CAPITAL AND LEASING

By: _____(By ALC with permission)_____    By: _____
Jefferson Wright, Esq. Fed. Bar No. 00990      Steven N. Leitess, Fed. Bar No. 05856
Tessa Laspia Frederick, Esq. Fed. Bar No. 25374   Andrew L. Cole, Fed. Bar No.: 14865
Miles & Stockbridge, P.C.                       Leitess, Leitess & Friedberg, P.C.
10 Light Street                                 25 Hooks Lane, Suite 302
Baltimore, Maryland 21202                       Baltimore, MD  21208-1302

*Attorneys for Provident Lease Corp., Inc.*     *Attorneys for People's Capital and Leasing Corp.*

The foregoing Stipulation and Confidentiality Agreement hereby is APPROVED and ENTERED as an Order of this Court.

Dated: __6/13/02__                             _____
                                                WILLIAM M. NICKERSON, JUDGE

*Copies to :*

Steven N. Leitess, Esq.                         Jefferson V. Wright, Esq.
Andrew L. Cole, Esq.                            Thomas D. Renda, Esq.
Leitess, Leitess & Friedberg, P.C.              Tessa L. Frederick, Esq.
25 Hooks Lane, Suite 302                        Miles & Stockbridge, P.C.
Baltimore, MD  21208-1302                       10 Light Street
                                                Baltimore, Maryland 21202

3