FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN 18  P 2: 23
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

PROVIDENT LEASE CORP., INC.,   *

    PLAINTIFF,   *

v.   *   CASE NO. 01-CV-3742-WMN

PEOPLE'S CAPITAL AND LEASING CORP.,   *

    DEFENDANT.   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION AND CONSENT ORDER MODIFYING SCHEDULING ORDER**

Provident Lease Corp., Inc. ("Provident"), and People's Capital and Leasing Corp. ("PCLC"), by their respective attorneys, stipulate and consent as follows:

1. On or about January 15, 2002, Provident filed an Amended Complaint in this case.

2. On May 8, 2002, this Court approved and entered a Stipulation and Consent Order Modifying Scheduling Order (the "Scheduling Order"). Pursuant to the Scheduling Order, all discovery is to be completed, and a status report is to be submitted by July 17, 2002. Dispositive pretrial motions are to be submitted on or before August 14, 2002.

3. The parties have diligently pursued discovery, however, due to the voluminous facts and documents involved, the complexity of the issues, the number of witnesses and the difficulty of accommodating witness' and attorneys' schedules during the summer months, the parties require additional time to complete discovery.

4. Two of eight scheduled depositions of Defendant's witnesses commenced on May 20, 2002, continued on May 21, 2002 and are scheduled to continue on June 25, 26 and 27, 2002. The parties need additional time to depose the Defendant's remaining witnesses and the Plaintiff's witnesses, thus, discovery will not be complete within the discovery deadline set forth in the Scheduling Order.

5. The parties respectfully request that the discovery deadlines be extended for good cause shown.

6. Provident and PCLC have agreed to jointly request this Court to extend the discovery deadline in this case up to and including September 13, 2002. In accordance with this extension, the deadline for Plaintiff's expert designation will be July 12, 2002, the deadline for Defendant's expert designation will be August 9, 2002, the deadline for filing requests for admission will be September 13, 2002, and the deadline for filing dispositive pre-trial motions will be October 11, 2002.

**AGREED AND CONSENTED TO THIS \_\_\_ DAY OF JUNE, 2002:**

| PROVIDENT LEASE CORP., INC. | PEOPLE'S CAPITAL AND LEASING CORP. |
|---|---|
| By: *[signature]* | By: *[signature]* /tlf w/permission |
| Jefferson V. Wright, Fed. Bar No. 00990 | Steven N. Leitess, Fed. Bar No.: 05856 |
| Tessa Laspia Frederick, Fed. Bar No. 25374 | Andrew L. Cole, Fed. Bar No.: 14865 |
| Miles & Stockbridge P.C. | Leitess, Leitess & Friedberg, P.C. |
| 10 Light Street | 25 Hooks Lane, Suite 302 |
| Baltimore, Maryland 21202 | Baltimore, MD 21208-1302 |
| *Attorneys for Provident Lease Corp., Inc.* | *Attorneys for People's Capital and Leasing Corp.* |

The foregoing stipulation and consent order hereby is APPROVED and ENTERED as an Order of this Court.

Dated: 6/18/02         *[signature]*
                      **WILLIAM M. NICKERSON, JUDGE**

*Copies to :*

Steven N. Leitess, Esq.
Andrew L. Cole, Esq.
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208-1302

Jefferson V. Wright, Esq.
Thomas D. Renda, Esq.
Tessa L. Frederick, Esq.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202

LAW OFFICES
## MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464
FAX 410-385-3700

CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD
FREDERICK, MD

ROCKVILLE, MD
McLEAN, VA
TOWSON, MD
WASHINGTON, D.C.

FILED
U.S. DISTRICT COURT
2002 JUN 17 PM 12:28

Writer's Direct Dial:
(410) 385-3765

Writer's E-Mail Address:
tfrederick@milesstockbridge.com

June 17, 2002

**VIA HAND DELIVERY**
Clerk of the Court
United States District Court
for the District of Maryland
Northern Division
441 U.S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Provident Lease Corp., Inc. v.
             People's Capital and Leasing Corp.
             Case No.: 01-CV-3742-WMN

Dear Sir or Madam Clerk:

Enclosed for filing with the Court in the above-captioned matter is a ***Stipulation and Consent Order Modifying Scheduling Order***. Please return a date-stamped copy of same to the waiting messenger.

Thank you for your courtesy in this regard.

Very truly yours,

Tessa Laspia Frederick

Enclosure

cc:    Steven N. Leitess, Esquire (w/encl.)

::ODMA\PCDOCS\BALT01\524008\1
Q38-153